*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Victoria's Kitchen LLC<br>    Debtor(s) | Case No. 25–13380–djb<br>Chapter 11 |
| Victoria's Kitchen LLC<br>    Plaintiff(s) | |
| v. | Adversary No. 25–00213–djb |
| Sysco Philadelphia LLC<br>    Defendant(s) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before October 30, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before November 4, 2025.

Address of the clerk  
    Eastern District of Pennsylvania  
    900 Market Street  
    Suite 400  
    Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney  
    MICHAEL I. ASSAD  
    Sadek Law Offices, LLC  
    1500 JFK Boulevard  
    Ste 220  
    Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



For The Court

Mohung Wong  
Clerk of Court

Date: September 30, 2025