**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Victoria's Kitchen LLC,** | : | **Chapter 11** |
| **Debtor.** | : | **Case No. 25-13380 (DJB)** |
| | : | |
| **Victoria's Kitchen LLC,** | : | |
| **Plaintiff.** | : | |
| **v.** | : | |
| **Sysco Philadelphia LLC** | : | **Adv. No. 25-00213 (DJB)** |
| **Defendant.** | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on September 29 2025;

**AND** the Defendant's Answer having been due on October 30, 2025;

**AND** no answer or responsive pleading having been filed;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before December 24, 2025**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.[1]

**Date: December 10, 2025**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

---

[1] Prior to filing a motion for default judgment, a plaintiff must obtain the entry of default from the Clerk's Office. See Rule 55(a).