United States Bankruptcy Court

Eastern District of Pennsylvania

Victoria's Kitchen LLC,
    Plaintiff

Adv. Proc. No. 25-00213-djb

Sysco Philadelphia LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Dec 10, 2025      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Sysco Philadelphia LLC, 600 Packer Ave., Philadelphia, PA 19148-5304 |
| pla | + | Victoria's Kitchen LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 11 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 11 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Dec 11 2025 00:36:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 11 2025 00:36:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL I. ASSAD | on behalf of Plaintiff Victoria's Kitchen LLC michael@sadeklaw.com  sadeklaw@recap.email |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Victoria's Kitchen LLC,** | : | **Chapter 11** |
| **Debtor.** | : | **Case No. 25-13380 (DJB)** |
| _____ | : | |
| **Victoria's Kitchen LLC,** | : | |
| **Plaintiff.** | : | |
| **v.** | : | |
| **Sysco Philadelphia LLC** | : | **Adv. No. 25-00213 (DJB)** |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on September 29 2025;

**AND** the Defendant's Answer having been due on October 30, 2025;

**AND** no answer or responsive pleading having been filed;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before December 24, 2025**. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.1

**Date: December 10, 2025**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

---

1 Prior to filing a motion for default judgment, a plaintiff must obtain the entry of default from the Clerk's Office. See Rule 55(a).