# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Victoria's Kitchen LLC, <br><br> *Debtor*. | Case No. 25-13380-djb <br> Chapter 11 |
| Victoria's Kitchen LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Sysco Philadelphia LLC, <br><br> *Defendant*. | Adversary No. 25-00213-djb |

## Notice of Dismissal

The plaintiff hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) that the above captioned action is voluntarily dismissed without prejudice against the defendant.

Date: January 2, 2026

**SADEK LAW OFFICES LLC**
*Attorney for Plaintiff*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 JFK Blvd., Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com